IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| JEREMY WARNKEN and MARTHA WARNKEN, | ] ] ] | |
| PLAINTIFFS, | ] ] | |
| VS. | ] ] | NO. 1:10-CV-0099 |
| THE TRAVELERS INSURANCE COMPANY, INC., | ] ] ] | JUDGE HAYNES |
| DEFENDANT. | ] | |

## JOINT MOTION

Come the parties jointly and would respectfully move the Court for an Order transferring this matter from the Columbia Division to the Nashville Division for the convenience of the Court, the parties, as well as, counsel for the respective parties. In support of the foregoing, the parties would suggest that judicial economy regarding both the Court's time, as well as, the time necessary to get this matter prepared for trial would be reduced significantly by such a transfer.

In the alternative, the parties would suggest that all matters be heard in the Nashville Division with the ultimate trial, if necessary, being held in Columbia.

Respectfully submitted this the 26th day of January, 2011.

HIGGINS, HIMMELBERG & PILIPONIS

*/s/ Jonathan A. Street*
JONATHAN A. STREET (021712)
ATTORNEY FOR PLAINTIFFS
116 THIRD AVENUE SOUTH
NASHVILLE, TN 37201
street@hhpfirm.com

McCLELLAN, POWERS, EHMLING & ROGERS, P.C.

/s/ *Arthur E. McClellan*
ARTHUR E. McCLELLAN (2590)
ATTORNEY FOR DEFENDANT
116 PUBLIC SQUARE
GALLATIN, TN 37066
(615) 452 5872
aemcclellan@bellsouth.net