IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| JEREMY WARNKEN and MARTHA WARNKEN, | ] ] ] |
| Plaintiff, | ] ] |
| vs. | ] Case No: 1:10-CV-0099 ] |
| THE STANDARD FIRE INSURANCE COMPANY, | ] JUDGE HAYNES ] ] |
| Defendant. | ] ] |

### AGREED ORDER OF COMPROMISE AND SETTLEMENT

It appearing to the Court, from signatures of counsel for the parties, that all matters in controversy have been fully compromised and settled;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above matter has been fully compromised and settled and that the matter should be dismissed as to Defendant, with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the costs of this cause shall be taxed to Defendant, for which execution may issue if necessary.

ENTERED this the 9th day of January, 2012.

_____
**JUDGE**